UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI Z. STORM,<br><br>   Plaintiff,<br><br>   v.<br><br>WARDEN, et al.,<br><br>   Defendants. | No. 2:25-cv-1483 DJC AC P<br><br>ORDER |

By order filed June 17, 2025, the complaint was screened and found to not state a claim for relief. ECF No. 7. Plaintiff was given thirty days to file an amended complaint and cautioned that failure to do so would result in a recommendation that this action be dismissed. Id. at 4-5. More than thirty days have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Plaintiff will be given one final opportunity to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file an amended complaint within twenty-one days of the service of this order. Failure to do so will result in a recommendation that this action be dismissed without further warning.

DATED: August 13, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE